DIEDRICH ROESING, BY NEXT FRIEND, ET AL., PLAIN-TIFF, v. E. H. MILLER TRANSPORTATION COMPANY ET AL., DEFENDANTS.

Submitted October term, 1929—Decided May 6, 1930.

Before GUMMERE, CHIEF JUSTICE, and Justices KALISCH and CAMPBELL.

For the rule, *George W. King, Jr.*

*Contra, Edward Stover.*

PER CURIAM.

The infant plaintiff has a verdict for $2,500 for personal injuries resulting from the alleged negligent operation of a motor truck.

This we are asked to set aside upon the sole ground that it is against the weight of the evidence upon the question of negligence.

The proofs do not make for such a result in our minds and the rule will therefore be discharged, with costs.